**01–942. State v. Pounds.**
Richland App. No. 99CA8. On May 17, 2001, appellant tendered an affidavit of indigency in lieu of the docket fee upon filing this appeal from the judgment of the Court of Appeals for Richland County. According to the notary's jurat, appellant's affidavit of indigency was executed on May 10, 2000. Whereas S.Ct.Prac.R. XV(3) requires that an affidavit of indigency in lieu of the docket fee be executed not more than one year prior to being filed in the Supreme Court,

IT IS ORDERED by the court, *sua sponte*, that appellant's affidavit of indigency be stricken and that this case be dismissed for failure to comply with S.Ct.Prac.R. XV.

**01–943. State v. DeLauder.**
Lucas App. No. L–99–1033. On May 17, 2001, appellant filed a notice of appeal and a motion for delayed appeal. Appellant's motion for delayed appeal is not supported by an affidavit as required by S.Ct.Prac.R. II(2)(A)(4)(a). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.